# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF OKLAHOMA,<br>STATE OF ALABAMA,<br>STATE OF ARKANSAS,<br>STATE OF GEORGIA,<br>STATE OF KANSAS,<br>COMMONWEALTH OF KENTUCKY,<br>STATE OF MISSISSIPPI,<br>STATE OF MISSOURI,<br>STATE OF MONTANA,<br>STATE OF NEBRASKA,<br>STATE OF SOUTH CAROLINA,<br>STATE OF TEXAS,<br>STATE OF UTAH,<br>and<br>the ARIZONA LEGISLATURE,<br><br>                            Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,<br><br>                            Respondents. | No. 24-1125 |

## PETITION FOR REVIEW

Under Clean Air Act § 307(b)(1) (42 U.S.C. § 7607(b)(1)), 5 U.S.C. §§ 702 and 706, Federal Rule of Appellate Procedure 15(a), and D.C. Circuit Local Rule 15, the States of Oklahoma, Alabama, Arkansas, Georgia, Kansas, Kentucky,

Mississippi, Missouri, Montana, Nebraska, South Carolina, Texas, Utah, and the Arizona Legislature petition this Court for review of the final agency action taken by Respondents United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency, entitled "Accidental Release Prevention Requirements: Risk Management Programs Under the Clean Air Act; Safer Communities by Chemical Accident Prevention," 89 Fed. Reg. 17,622 (Mar. 11, 2024). Petitioners have attached a copy of that final rule.

Petitioners will show that the final rule exceeds the agency's statutory authority and otherwise is arbitrary, capricious, an abuse of discretion, and not in accordance with law. Petitioners thus ask that this Court declare unlawful and vacate the Administrator's final action.

Respectfully submitted,

GENTNER DRUMMOND
  ATTORNEY GENERAL

/s/ *Garry M. Gaskins, II*
Garry M. Gaskins, II
  *Solicitor General*
Jennifer L. Lewis
  *Deputy Attorney General*
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov
jennifer.lewis@oag.ok.gov

*Counsel for State of Oklahoma*

STEVE MARSHALL
  ATTORNEY GENERAL

/s/ *Edmund G. LaCour, Jr.*
Edmond G. LaCour, Jr.
  *Solicitor General*
Office of the Attorney General of Alabama
P.O. Box 300152
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
edmund.lacour@AlabamaAG.gov

*Counsel for State of Alabama*

TIM GRIFFIN
  ATTORNEY GENERAL

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni
  *Solicitor General*
Office of Attorney General Tim Griffin
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.Bronni@ArkansasAG.gov

*Counsel for State of Arkansas*

CHRISTOPHER M. CARR
  ATTORNEY GENERAL

/s/ *Stephen J. Petrany*
Stephen J. Petrany
  *Solicitor General*
Office of the Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for State of Georgia*

RUSSELL COLEMAN
  ATTORNEY GENERAL

/s/ *Matthew F. Kuhn*
Matthew F. Kuhn
  *Solicitor General*
Jacob M. Abrahamson
 *Assistant Solicitor General*
Office of Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300
Matt.Kuhn@ky.gov
Jacob.Abrahamson@ky.gov

*Counsel for the Commonwealth of Kentucky*

LYNN FITCH
  ATTORNEY GENERAL

/s/ *Anthony Shults*
Anthony Shults
  *Deputy Solicitor General*
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3825
Anthony.Shults@ago.ms.gov

*Counsel for State of Mississippi*

KRIS KOBACH
  ATTORNEY GENERAL

/s/ *Anthony J. Powell*
Anthony J. Powell
  *Solicitor General*
Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8539
anthony.powell@ag.ks.gov

*Counsel for State of Kansas*

ANDREW BAILEY
  ATTORNEY GENERAL

/s/ *Joshua M. Divine*
Joshua M. Divine
  *Solicitor General*
Samuel C. Freedlund
  *Deputy Solicitor General*
Missouri Attorney General's Office
207 West High St.
Jefferson City, MO 65101
(573) 751-8870
Josh.Divine@ago.mo.gov
Samuel.Freedlund@ago.mo.gov

*Counsel for State of Missouri*

| | |
|---|---|
| AUSTIN KNUDSEN<br>  ATTORNEY GENERAL | MICHAEL T. HILGERS<br>  ATTORNEY GENERAL |
| /s/ *Christian B. Corrigan*<br>Christian B. Corrigan<br>  *Solicitor General*<br>Peter M. Torstensen, Jr.<br>  *Deputy Solicitor General*<br>Montana Department of Justice<br>215 N. Sanders<br>Helena, MT 59601<br>Christian.Corrigan@mt.gov<br>Peter.Torstensen@mt.gov<br><br>*Counsel for State of Montana* | /s/ *Grant D. Strobl*<br>Grant D. Strobl<br>  *Assistant Solicitor General*<br>Office of the Attorney General of Nebraska<br>2115 State Capitol<br>Lincoln, NE 68509<br>(402) 471-2683<br>Grant.Strobl@nebraska.gov<br><br>*Counsel for State of Nebraska* |

| | |
|---|---|
| ALAN WILSON<br>  ATTORNEY GENERAL | KEN PAXTON<br>  ATTORNEY GENERAL |
| | |

ALAN WILSON
  ATTORNEY GENERAL

Robert D. Cook
  *Solicitor General*
J. Emory Smith, Jr.
  *Deputy Solicitor General*
Thomas T. Hydrick
  *Assistant Deputy Solicitor*
  *General*

/s/ *Joseph D. Spate*
Joseph D. Spate
  *Assistant Deputy Solicitor General*
Office of the South Carolina Attorney General
1000 Assembly Street
Columbia, SC 29211
(803) 734-3371
josephspate@scag.gov

*Counsel for State of South Carolina*

KEN PAXTON
  ATTORNEY GENERAL

Brent Webster
  *First Assistant Attorney General*
James Lloyd
  *Deputy Attorney General for Civil*
  *Litigation*
Kellie E. Billings-Ray
  *Chief, Environmental Protection*
  *Division*

/s/ *Wesley S. Williams*
Wesley S. Williams
  *Assistant Attorney General*
D.C. Bar No. 63716
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012
Wesley.Williams@oag.texas.gov

*Counsel for State of Texas*

SEAN REYES
  ATTORNEY GENERAL

/s/ *Stanford Purser*
Stanford Purser
  *Solicitor General*
Office of the Utah Attorney General
160 East 300 South, Fifth floor
Salt Lake City, UT 84111
(385) 366-4334
Spurser@agutah.gov

*Counsel for State of Utah*

ARIZONA LEGISLATURE

| WARREN PETERSEN<br>PRESIDENT OF THE ARIZONA STATE SENATE | BEN TOMA<br>SPEAKER OF THE ARIZONA HOUSE OF REPRESENTATIVES |
|---|---|
| By counsel:<br><br>/s/ *Brunn (Beau) W. Roysden III*<br>Brunn (Beau) W. Roysden III<br>(DC Cir. Bar No. 64493)<br>FUSION LAW, PLLC<br>7600 N. 15th St., Suite 150<br>Phoenix, Arizona 85020<br>beau@fusion.law<br>(602) 315-7545<br><br>*Counsel for President of the Arizona State Senate Warren Petersen* | By counsel:<br><br>/s/ *Brunn (Beau) W. Roysden III*<br>Brunn (Beau) W. Roysden III<br>(DC Cir. Bar No. 64493)<br>FUSION LAW, PLLC<br>7600 N. 15th St., Suite 150<br>Phoenix, Arizona 85020<br>beau@fusion.law<br>(602) 315-7545<br><br>*Counsel for Speaker of the Arizona House of Representatives Ben Toma* |

Dated: May 9, 2024

# CERTIFICATE OF SERVICE

I certify that I have caused a true and correct copy of this Petition to be served on the following Respondents by U.S. Mail on May 9, 2024:

Hon. Michael S. Regan
Office of the Administrator (1101A)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Correspondence Control Unit
Office of General Counsel (2311)
United States Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Hon. Merrick Garland
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Todd Kim
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-00001

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II