# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF OKLAHOMA,<br>STATE OF ALABAMA,<br>STATE OF ARKANSAS,<br>STATE OF GEORGIA,<br>STATE OF KANSAS,<br>COMMONWEALTH OF KENTUCKY,<br>STATE OF MISSISSIPPI,<br>STATE OF MISSOURI,<br>STATE OF MONTANA,<br>STATE OF NEBRASKA,<br>STATE OF SOUTH CAROLINA,<br>STATE OF TEXAS,<br>STATE OF UTAH,<br>and<br>the ARIZONA LEGISLATURE,<br><br>       Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,<br><br>       Respondents. | No. 24-1125 |

## PETITIONERS' NONBINDING STATEMENT OF ISSUES

In accordance with this Court's Order issued on May 10, 2024, Petitioners the States of Oklahoma, Alabama, Arkansas, Georgia, Kansas, Kentucky, Mississippi, Missouri, Montana, Nebraska, South Carolina, Texas, Utah, and the

Arizona Legislature (the "Petitioners") challenge the legality of the United States Environmental Protection Agency's ("EPA") rulemaking entitled, "Accidental Release Prevention Requirements: Risk Management Programs Under the Clean Air Act; Safer Communities by Chemical Accident Prevention," published at 89 Fed. Reg. 17,622 (Mar. 11, 2024) (the "Final Rule"), and respectfully submit this preliminary and non-binding statement of issues:

1. Whether the Final Rule is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, or is in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, by imposing burdensome new regulatory requirements without commensurate benefits in safety improvements.

2. Whether the Final Rule is arbitrary and capricious, an abuse of discretion, or otherwise not in accordance with law, or is in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, by increasing costs of compliance and adding on layers of reporting requirements in the Safer Technology and Alternatives Analysis.

3. Whether the Final Rule is arbitrary and capricious, an abuse of discretion, or otherwise not in accordance with law, or is in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, by

increasing homeland security risks due to information disclosure requirements.

4. Whether the Final Rule is arbitrary and capricious, an abuse of discretion, or otherwise not in accordance with law, or is in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, by failing to ensure adequate safeguards to protect sensitive information that the Final Rule requires to be disclosed.

5. Whether the Final Rule is in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, by failing to account for requirements of the Emergency Planning and Community Right-to-Know Act and other emergency response laws, which overlap with coordination and emergency response provisions of the Final Rule.

Dated: June 10, 2024

Respectfully submitted,

| | |
|---|---|
| GENTNER DRUMMOND<br>  ATTORNEY GENERAL | STEVE MARSHALL<br>  ATTORNEY GENERAL |

*/s/ Garry M. Gaskins, II*
Garry M. Gaskins, II
 *Solicitor General*
Jennifer L. Lewis
 *Deputy Attorney General*
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov
jennifer.lewis@oag.ok.gov

*Counsel for State of Oklahoma*

*/s/ Edmund G. LaCour, Jr.*
Edmond G. LaCour, Jr.
 *Solicitor General*
Office of the Attorney General of Alabama
P.O. Box 300152
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
edmund.lacour@AlabamaAG.gov

*Counsel for State of Alabama*

TIM GRIFFIN
  ATTORNEY GENERAL

*/s/ Nicholas J. Bronni*
Nicholas J. Bronni
 *Solicitor General*
Office of Attorney General Tim Griffin
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.Bronni@ArkansasAG.gov

*Counsel for State of Arkansas*

CHRISTOPHER M. CARR
  ATTORNEY GENERAL

*/s/ Stephen J. Petrany*
Stephen J. Petrany
 *Solicitor General*
Office of the Attorney General of Georgia
40 Capitol Square, SW
Atlanta, GA 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for State of Georgia*

RUSSELL COLEMAN
  ATTORNEY GENERAL

/s/ *Matthew F. Kuhn*
Matthew F. Kuhn
  *Solicitor General*
Jacob M. Abrahamson
  *Assistant Solicitor General*
Office of Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300
Matt.Kuhn@ky.gov
Jacob.Abrahamson@ky.gov

*Counsel for the Commonwealth of Kentucky*

LYNN FITCH
  ATTORNEY GENERAL

/s/ *Anthony Shults*
Anthony Shults
  *Deputy Solicitor General*
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3825
Anthony.Shults@ago.ms.gov

*Counsel for State of Mississippi*

KRIS KOBACH
  ATTORNEY GENERAL

/s/ *Anthony J. Powell*
Anthony J. Powell
  *Solicitor General*
Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8539
anthony.powell@ag.ks.gov

*Counsel for State of Kansas*

ANDREW BAILEY
  ATTORNEY GENERAL

/s/ *Joshua M. Divine*
Joshua M. Divine
  *Solicitor General*
Samuel C. Freedlund
  *Deputy Solicitor General*
Missouri Attorney General's Office
207 West High St.
Jefferson City, MO 65101
(573) 751-8870
Josh.Divine@ago.mo.gov
Samuel.Freedlund@ago.mo.gov

*Counsel for State of Missouri*

| | |
|---|---|
| AUSTIN KNUDSEN<br>  ATTORNEY GENERAL | MICHAEL T. HILGERS<br>  ATTORNEY GENERAL |
| /s/ *Christian B. Corrigan* <br>Christian B. Corrigan<br>  *Solicitor General*<br>Peter M. Torstensen, Jr.<br>  *Deputy Solicitor General*<br>Montana Department of Justice<br>215 N. Sanders<br>Helena, MT 59601<br>Christian.Corrigan@mt.gov<br>Peter.Torstensen@mt.gov<br><br>*Counsel for State of Montana* | /s/ *Grant D. Strobl* <br>Grant D. Strobl<br>  *Assistant Solicitor General*<br>Office of the Attorney General of Nebraska<br>2115 State Capitol<br>Lincoln, NE 68509<br>(402) 471-2683<br>Grant.Strobl@nebraska.gov<br><br>*Counsel for State of Nebraska* |

| | |
|---|---|
| ALAN WILSON<br>  ATTORNEY GENERAL | KEN PAXTON<br>  ATTORNEY GENERAL |
| Robert D. Cook<br>  *Solicitor General*<br>J. Emory Smith, Jr.<br>  *Deputy Solicitor General*<br>Thomas T. Hydrick<br>  *Assistant Deputy Solicitor General* | Brent Webster<br>  *First Assistant Attorney General*<br>James Lloyd<br>  *Deputy Attorney General for Civil Litigation*<br>Kellie E. Billings-Ray<br>  *Chief, Environmental Protection Division* |
| /s/ *Joseph D. Spate*<br>Joseph D. Spate<br>  *Assistant Deputy Solicitor General*<br>Office of the South Carolina Attorney General<br>1000 Assembly Street<br>Columbia, SC 29211<br>(803) 734-3371<br>josephspate@scag.gov<br><br>*Counsel for State of South Carolina* | /s/ *Wesley S. Williams*<br>Wesley S. Williams<br>  *Assistant Attorney General*<br>D.C. Bar No. 63716<br>Office of the Attorney General of Texas<br>Environmental Protection Division<br>P.O. Box 12548, MC-066<br>Austin, Texas 78711-2548<br>(512) 463-2012<br>Wesley.Williams@oag.texas.gov<br><br>*Counsel for State of Texas* |

SEAN REYES
 ATTORNEY GENERAL

/s/ *Stanford Purser*
Stanford Purser
 *Solicitor General*
Office of the Utah Attorney General
160 East 300 South, Fifth floor
Salt Lake City, UT 84111
(385) 366-4334
Spurser@agutah.gov

*Counsel for State of Utah*

ARIZONA LEGISLATURE

| WARREN PETERSEN | BEN TOMA |
|---|---|
| PRESIDENT OF THE ARIZONA STATE SENATE | SPEAKER OF THE ARIZONA HOUSE OF REPRESENTATIVES |
| By counsel: | By counsel: |
| /s/ *Brunn (Beau) W. Roysden III* | /s/ *Brunn (Beau) W. Roysden III* |
| Brunn (Beau) W. Roysden III | Brunn (Beau) W. Roysden III |
| (DC Cir. Bar No. 64493) | (DC Cir. Bar No. 64493) |
| FUSION LAW, PLLC | FUSION LAW, PLLC |
| 7600 N. 15th St., Suite 150 | 7600 N. 15th St., Suite 150 |
| Phoenix, Arizona 85020 | Phoenix, Arizona 85020 |
| beau@fusion.law | beau@fusion.law |
| (602) 315-7545 | (602) 315-7545 |
| *Counsel for President of the Arizona State Senate Warren Petersen* | *Counsel for Speaker of the Arizona House of Representatives Ben Toma* |

**CERTIFICATE OF SERVICE**

I hereby certify, pursuant to Fed. R. App. P. 25(c), that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

Dated: June 10, 2024

/s/ Garry M. Gaskins, II  
Garry M. Gaskins, II