**U.S. COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| State of Oklahoma, *et al*,<br><br>    Petitioners,<br><br>        v.<br><br>Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency,<br><br>    Respondents. | No. 24-1125<br>(consolidated with No. 24-1127) |

**JOINT MOTION TO CONTINUE ABEYANCE FOR 90 DAYS**

    Petitioners and Respondents move the Court to continue holding these consolidated cases in abeyance for an additional 90 days, with motions to govern due March 6, 2025, to allow the Environmental Protection Agency (EPA) additional time in which to act on a pending petition for reconsideration of the action challenged in this case. All Intervenors oppose an abeyance of an additional 90 days but have indicated their willingness to consent to a shorter abeyance of 30 to 40 days. The grounds for this motion are as follows:

    1.    Petitioners in consolidated Case Nos. 24-1125 and 24-1127 challenge a final action of EPA, entitled *Accidental Release Prevention Requirements: Risk*

*Management Programs Under the Clean Air Act; Safer Communities by Chemical Accident Prevention*, published at 89 Fed. Reg. 17,622 (March 11, 2024) ("Final Rule").

2. On May 10, 2024, petitioners in Case No. 24-1127 filed a petition for reconsideration of the Final Rule with the Administrator of EPA. The issues raised in the reconsideration petition are related to issues likely to be raised by petitioners in these consolidated cases. *See* Doc. No. 2067245.

3. On July 30, the Court granted EPA and Petitioners' joint, unopposed motion to hold this case in abeyance for 120 days to allow EPA additional time to potentially act on the pending reconsideration petition. Doc. No. 2067360. At that time, the Court ordered the parties to submit motions to govern further proceedings no later than December 6. *Id.*

4. EPA continues to review and consider the reconsideration petition, but EPA has not yet been able to act on it, and Petitioners and Respondents request an additional 90-day abeyance in which EPA may act. Continuing the abeyance could avoid the risk of duplicative briefing. If the petition is denied, an abeyance could allow any petition for review of that denial to be consolidated with these cases.

5. In light of the motion to continue the abeyance, Petitioners and Respondents request that the Court not enter the joint briefing proposal the parties filed with the Court. *See* Doc No. 2067248.

For these reasons, Petitioners and Respondents respectfully request that the Court order that the consolidated petitions for review continue to be held in abeyance for 90 days, with motions to govern due March 6, 2025.

Respectfully Submitted: December 6, 2024

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

 /s/ *Sarah Izfar*
ANDREW S. COGHLAN
SARAH IZFAR
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 202-514-9275
(202) 305-0490
Andrew.Coghlan@usdoj.gov
Sarah.izfar@usdoj.gov
*Counsel for Respondents EPA and Michael S. Regan, EPA Administrator*


/s/ *Justin A. Savage*
Justin A. Savage
Kwaku A. Akowuah
Manuel Valle
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8853
jsavage@sidley.com

*Counsel for Petitioners National Association of Chemical Distributors, d/b/a Alliance for Chemical Distribution, American Chemistry Council, American Fuel & Petrochemical Manufacturers, American Petroleum Institute, Chamber of Commerce of the United States of America, and Society of Chemical Manufacturers & Affiliates*

| | |
|---|---|
| GENTNER DRUMMOND<br>   ATTORNEY GENERAL<br><br>*/s/ Garry M. Gaskins, II*<br>Garry M. Gaskins, II<br>Solicitor General<br>Jennifer L. Lewis<br>Deputy Attorney General<br>Office of the Attorney General of Oklahoma<br>313 NE Twenty-First St.<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>garry.gaskins@oag.ok.gov<br>jennifer.lewis@oag.ok.gov<br><br>*Counsel for State of Oklahoma* | STEVE MARSHALL<br>   ATTORNEY GENERAL<br><br>*/s/ Edmund G. LaCour, Jr.*<br>Edmond G. LaCour, Jr.<br>Solicitor General<br>Office of the Attorney General of Alabama<br>P.O. Box 300152<br>501 Washington Ave.<br>Montgomery, AL 36130<br>(334) 242-7300<br>edmund.lacour@AlabamaAG.gov<br><br>*Counsel for State of Alabama* |
| TIM GRIFFIN<br>ATTORNEY GENERAL<br><br>*/s/ Nicholas J. Bronni*<br>Nicholas J. Bronni<br>Solicitor General<br>Office of Attorney General Tim Griffin<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br>(501) 682-2007<br>Nicholas.Bronni@ArkansasAG.gov<br><br>*Counsel for State of Arkansas* | CHRISTOPHER M. CARR<br>ATTORNEY GENERAL<br><br>*/s/ Stephen J. Petrany*<br>Stephen J. Petrany<br>Solicitor General<br>Office of the Attorney General of Georgia<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>(404) 458-3408<br>spetrany@law.ga.gov<br><br>*Counsel for State of Georgia* |

RUSSELL COLEMAN
ATTORNEY GENERAL

/s/ Matthew F. Kuhn
Matthew F. Kuhn
Solicitor General
Jacob M. Abrahamson
Assistant Solicitor General
Office of Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300
Matt.Kuhn@ky.gov
Jacob.Abrahamson@ky.gov

*Counsel for the Commonwealth of Kentucky*

LYNN FITCH
ATTORNEY GENERAL

/s/ Anthony Shults
Anthony Shults
Deputy Solicitor General
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3825
Anthony.Shults@ago.ms.gov

*Counsel for State of Mississippi*

KRIS KOBACH
ATTORNEY GENERAL

/s/ Anthony J. Powell
Anthony J. Powell
Solicitor General
Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8539
anthony.powell@ag.ks.gov

*Counsel for State of Kansas*

ANDREW BAILEY
ATTORNEY GENERAL

/s/ Joshua M. Divine
Joshua M. Divine
Solicitor General
Samuel C. Freedlund
Deputy Solicitor General
Missouri Attorney General's Office
207 West High St.
Jefferson City, MO 65101
(573) 751-8870
Josh.Divine@ago.mo.gov
Samuel.Freedlund@ago.mo.gov

*Counsel for State of Missouri*

| | |
|---|---|
| AUSTIN KNUDSEN<br>ATTORNEY GENERAL<br><br>*/s/ Christian B. Corrigan*<br>Christian B. Corrigan<br>Solicitor General<br>Peter M. Torstensen, Jr.<br>Deputy Solicitor General<br>Montana Department of Justice<br>215 N. Sanders<br>Helena, MT 59601<br>Christian.Corrigan@mt.gov<br>Peter.Torstensen@mt.gov<br><br>*Counsel for State of Montana* | MICHAEL T. HILGERS<br>ATTORNEY GENERAL<br><br>*/s/ Grant D. Strobl*<br>Grant D. Strobl<br>Assistant Solicitor General<br>Office of the Attorney General of Nebraska<br>2115 State Capitol<br>Lincoln, NE 68509<br>(402) 471-2683<br>Grant.Strobl@nebraska.gov<br><br>*Counsel for State of Nebraska* |

| | |
|---|---|
| ALAN WILSON<br>ATTORNEY GENERAL<br><br>Robert D. Cook<br>Solicitor General<br>J. Emory Smith, Jr.<br>Deputy Solicitor General<br>Thomas T. Hydrick<br>Assistant Deputy Solicitor General<br><br>*/s/ Joseph D. Spate*<br>Joseph D. Spate<br>Assistant Deputy Solicitor General<br>Office of the South Carolina Attorney General<br>1000 Assembly Street<br>Columbia, SC 29211<br>(803) 734-3371<br>josephspate@scag.gov<br><br>*Counsel for State of South Carolina* | KEN PAXTON<br>ATTORNEY GENERAL<br><br>Brent Webster<br> First Assistant Attorney General<br>James Lloyd<br>Deputy Attorney General for Civil Litigation<br>Kellie E. Billings-Ray<br>Chief, Environmental Protection Division<br><br>*/s/ Wesley S. Williams*<br>Wesley S. Williams<br>Assistant Attorney General<br>D.C. Bar No. 63716<br>Office of the Attorney General of Texas<br>Environmental Protection Division<br>P.O. Box 12548, MC-066<br>Austin, Texas 78711-2548<br>(512) 463-2012<br>Wesley.Williams@oag.texas.gov<br><br>*Counsel for State of Texas* |
| SEAN REYES<br>ATTORNEY GENERAL<br><br>*/s/ Stanford Purser*<br>Stanford Purser<br>Solicitor General<br>Office of the Utah Attorney General<br>160 East 300 South, Fifth floor<br>Salt Lake City, UT 84111<br>(385) 366-4334<br>Spurser@agutah.gov<br><br>*Counsel for State of Utah* | |

ARIZONA LEGISLATURE

| | |
|---|---|
| WARREN PETERSEN<br>PRESIDENT OF THE ARIZONA<br>STATE SENATE | BEN TOMA<br>SPEAKER OF THE ARIZONA<br>HOUSE OF REPRESENTATIVES |
| By counsel: | By counsel: |
| */s/ Brunn (Beau) W. Roysden III* <br>Brunn (Beau) W. Roysden III<br>(DC Cir. Bar No. 64493)<br>FUSION LAW, PLLC<br>7600 N. 15th St., Suite 150<br>Phoenix, Arizona 85020<br>beau@fusion.law<br>(602) 315-7545 | */s/ Brunn (Beau) W. Roysden III* <br>Brunn (Beau) W. Roysden III<br>(DC Cir. Bar No. 64493)<br>FUSION LAW, PLLC<br>7600 N. 15th St., Suite 150<br>Phoenix, Arizona 85020<br>beau@fusion.law<br>(602) 315-7545 |
| *Counsel for President of the Arizona State Senate Warren Petersen* | *Counsel for Speaker of the Arizona House of Representatives Ben Toma* |

**Certificates of Compliance and Service**

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this filing complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 388 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on December 6, 2024, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

Dated: December 6, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Sarah Izfar*