# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 24-1125**

**September Term, 2024**

**EPA-89FR106479**
**EPA-89FR17622**

**Filed On:** April 14, 2025

State of Oklahoma, et al.,

        Petitioners

      v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

        Respondents

------------------------------

Air Alliance Houston, et al.,
             Intervenors

------------------------------

Consolidated with 24-1127

**No. 25-1075**

**EPA-89FR106479**

National Association of Chemical Distributors, d/b/a Alliance for Chemical Distribution, et al.,

        Petitioners

      v.

Environmental Protection Agency,

        Respondent

## O R D E R

Upon consideration of the unopposed motion to consolidate and hold in abeyance filed by petitioners in No. 25-1075, it is

# United States Court of Appeals

_____

**No. 24-1125**                                        **September Term, 2024**

**ORDERED** that the motion be granted and the above-captioned cases be consolidated.  It is

**FURTHER ORDERED** that No. 25-1075 be held in abeyance on the terms in the court's order filed on March 11, 2025 in No. 24-1125, et al.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                        **By:**        /s/
                                        Lynda M. Flippin
                                        Deputy Clerk